THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN E. LOFTHOUSE, Defendant-Appellant.

(No. 59217;

First District (5th Division)—March 15, 1974.

PER CURIAM.
DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago (William Lebovitz and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH EDWARDS, Defendant-Appellant.

(No. 72-291;

Fifth District—January 23, 1974.

*Rehearing denied April 18, 1974.*

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.